UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEFINED BENEFIT PENSION PLAN FOR :
THE UNITED WAY OF THE NATIONAL :
CAPITAL AREA, :
 :
    and :
 :
UNITED WAY OF THE NATIONAL :
CAPITAL AREA, :
 :
    Plaintiffs, :
 :
    v. :
 :
ORAL SUER, :
 :
    Defendant. :
———————————————————— :
 : Misc. Action No. 04-0088 (JR)
UNITED WAY OF THE NATIONAL :
CAPITAL AREA, :
 :
    Plaintiff, :
 :
    v. :
 :
ORAL SUER, :
 :
    Defendant. :

**FILED**

FEB 2 4 2004

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the motion of Oral Suer to compel Price Waterhouse Coopers LLP (PWC) to produce documents in response to a properly served subpoena, it is this ___ day of February 2004

**ORDERED** that PWC show cause on or before February 26, 2004, why an order should not issue requiring PWC to comply with the subpoena no later than March 3, 2004. It is



**FURTHER ORDERED**, since no appearance in this matter has been entered for PWC, that counsel for Oral Suer serve this order upon PWC or its counsel forthwith. And it is

**FURTHER ORDERED**, since this case has not been electronically docketed, that the Clerk serve this order upon counsel for Oral Suer by facsimile.

/s/ James Robertson
JAMES ROBERTSON
United States District Judge

Copies to:

<u>Counsel for Plaintiff</u>

Graeme W. Bush
Blair G. Brown
D. Allison Baker
Zuckerman Spaeder LLP
1201 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

<u>Counsel for Defendant</u>