**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
DEFINED BENEFIT PENSION PLAN FOR :
THE UNITED WAY OF THE NATIONAL   :
CAPITAL AREA,                    :
                                 :
     and                         :
                                 :
UNITED WAY OF THE NATIONAL       :
CAPITAL AREA,                    :
                                 :
          Plaintiffs,            :
                                 :
     v.                          :
                                 :
ORAL SUER,                       :
                                 :
          Defendant.             :
_____:  Misc. Action No. 04-0088 (JR)
UNITED WAY OF THE NATIONAL       :
CAPITAL AREA,                    :
                                 :
          Plaintiff,             :
                                 :
     v.                          :
                                 :
ORAL SUER,                       :
                                 :
          Defendant.             :
```

### ORDER

Upon consideration of the report of PriceWaterhouseCoopers LLC to this Court's order to show cause, it is

**ORDERED** that the order to show cause [3] is **discharged.** And it is

**FURTHER ORDERED** that the motion to compel of Oral Suer is **denied as moot.**

                                JAMES ROBERTSON
                         United States District Judge